[No. 31586-0-III.   Division Three.   October 14, 2014.]

SARA G. ARROYO, *Respondent*, v. GLORIA J. FISCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 11-2-00145-6, David Frazier, J., entered February 27, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 31608-4-III.   Division Three.   October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WILLIAM WALLACE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01261-3, Carrie L. Runge, J., entered April 18, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 31950-4-III.   Division Three.   October 14, 2014.]

JOETTA RUPERT, *Appellant*, v. KENNEWICK IRRIGATION DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-01000-2, Vic L. VanderSchoor, J., entered September 16, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32010-3-III.   Division Three.   October 14, 2014.]

CUSTOM AG SERVICE, INC., *Appellant*, v. LOREN WATTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-02508-5, Bruce A. Spanner, J., entered September 27, 2013. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.